FILED

SEP - 7 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:23 CR 0 0508 |
| v. ) | |
| ) | Title 18, United States Code |
| CHRISTOPHER FASSIH, ) | Section 922(a)(6) |
| ) | |
| Defendant. ) | JUDGE BOYKO |

COUNT 1
(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

1. On or about August 16, 2023, in the Northern District of Ohio, Eastern Division, Defendant CHRISTOPHER FASSIH, in connection with the acquisition of a firearm, to wit: a Strassell Mach, model: C9, 9mm pistol, bearing serial number: P10185375, from Fin Feather Fur Outfitters, located at 4080 Belden Village Street NW, Canton, Ohio 44718, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Form 4473, that he had not been convicted in any court of a felony or any crime punishable by more than one year imprisonment, when he in fact had such a conviction, and that he had not been adjudicated as mentally defective or been

committed to a mental institution, when he in fact had been, in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.